**E-filed 5/7/07**

Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com

Attorneys for Defendant
BERNARD J. COUILLAUD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. LEE, Derivatively on Behalf of COHERENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN R. AMBROSEO, BERNARD J. COUILLAUD, HELENE SIMONET, LUIS SPINELLI, VITTORIO FOSSATI-BELLANI, RONALD A. VICTOR, PAUL L. MEISSNER, SCOTT H. MILLER, DENNIS C. BUCEK, CHARLES W. CANTONI, SANDEEP VU, JOHN H. HART, LAWRENCE TOMLINSON, ROBERT J. QUILLINAN and GARRY W. ROGERSON, <br><br> Defendants. <br><br> - and – <br><br> COHERENT, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C07 0955 HRL <br><br> **SUBSTITUTION OF ATTORNEYS** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Substitution of Attorneys
Court Case No. C07 0955 HRL

21783\1242343.1

**TO ALL COUNSEL / PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that defendant Bernard J. Couillaud hereby substitutes the law firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94014, in the place and stead of the law firm of Wilson, Sonsini, Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California, as his counsel of record in the above-captioned proceedings. All further pleadings, correspondence and communications should be directed to Farella Braun + Martel LLP, attention: C. Brandon Wisoff, Esq.

THIS SUBSTITUTION IS HEREBY ACKNOWLEDGED AND AGREED TO:

DATED: May 2, 2007                         WILSON, SONSINI, GOODRICH & ROSATI

By: ____s/Diane Walters_____
         Diane Walters

CONSENT TO THIS IS HEREBY GIVEN:

DATED: May 2, 2007

By: ____s/Bernard J. Couillaud_____
         Bernard J. Couillaud

THIS SUBSTITUTION IS HEREBY ACCEPTED:

DATED: May 3, 2007                         FARELLA BRAUN + MARTEL LLP

By: ____s/Douglas R. Young_____
         Douglas R. Young

**ORDER**

Defendant Bernard J. Couillaud's application for Substitution Of Attorneys is hereby GRANTED.

DATED: May 7, 2007

_____
Honorable Jeremy Fogel

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Substitution of Attorneys
Court Case No. C07 0955 HRL

- 2 -

21783\1242343.1