NINA F. LOCKER, State Bar No. 123838  
CAZ HASHEMI, State Bar No. 210239  
DIANE M. WALTERS, State Bar No. 148136  
WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation  
650 Page Mill Road  
Palo Alto, CA 94304-1050  
Telephone: (650) 493-9300  
Facsimile: (650) 565-5100  
Email: dwalters@wsgr.com  

**E-filed 5/18/07**

Attorneys for Defendants John R. Ambroseo, Gerald C. Barker, Dennis C. Bucek, Charles W. Cantoni, Kevin P. Connors, Vittorio Fossati-Bellani, Robert M. Gelber, John H. Hart, James L. Hobart, Kevin McCarthy, Paul L. Meissner, Gary W. Rogerson, Helene Simonet, Luis Spinelli, James L. Taylor, Lawrence Tomlinson, Ronald A. Victor, Sandeep Vij and Nominal Defendant Coherent, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. LEE, Derivatively on Behalf of COHERENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. AMBROSEO, BERNARD J. COUILLAUD, HELENE SIMONET, LUIS SPINELLI, VITTORIO FOSSATI-BELLANI, RONALD A. VICTOR, PAUL L. MEISSNER, SCOTT H. MILLER, DENNIS C. BUCEK, CHARLES W. CANTONI, SANDEEP VIJ, JOHN H. HART, LAWRENCE TOMLINSON, ROBERT J. QUILLINAN and GARRY W. ROGERSON, <br><br> Defendants, <br><br> - and - <br><br> COHERENT, INC., a Delaware corporation, <br><br> Nominal Defendant. | CASE NO.: C-07-0955-JF <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER  
TO CONTINUE CASE MANAGEMENT  
CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

| | | |
|---|---|---|
| J. DAVIS BARTHOLOMEW, Derivatively on Behalf of COHERENT, INC., | ) ) ) | CASE NO.: C-07-1264-JF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN R. AMBROSEO, BERNARD J. COUILLAUD, HELENE SIMONET, LUIS SPINELLI, VITTORIO FOSSATI-BELLANI, RONALD A. VICTOR, PAUL L. MEISSNER, SCOTT H. MILLER, DENNIS C. BUCEK, CHARLES W. CANTONI, SANDEEP VIJ, JOHN H. HART, LAWRENCE TOMLINSON, ROBERT J. QUILLINAN and GARRY W. ROGERSON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| - and - | ) ) | |
| COHERENT, INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) | |

| | | |
|---|---|---|
| MICHAEL WERNER, Derivatively on Behalf of COHERENT, INC., | ) ) ) | CASE NO.: C-07-1265-JF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BERNARD J. COUILLAUD, JOHN R. AMBROSEO, CHARLES W. CANTONI, JOHN H. HART, ROBERT J. QUILLINAN, JAMES L. HOBART, HENRY E. GAUTHIER, ROBERT M. GELBER, SCOTT H. MILLER, KEVIN P. CONNORS, GERALD C. BARKER, VITTORIO FOSSATI-BELLANI, JAMES L. TAYLOR, KEVIN MCCARTHY, LUIS SPINELLI, RON VICTOR, and HELENE SIMONET, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| - and - | ) ) | |
| COHERENT, INC., | ) ) | |
| Nominal Defendant. | ) | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

1

1   WHEREAS, plaintiff James Lee has filed a motion to consolidate the above-captioned
2   shareholder derivative actions and to appoint lead plaintiff and lead counsel, and plaintiff
3   Michael Werner has filed a separate motion to consolidate these actions and to appoint lead
4   counsel;

5   WHEREAS, the hearing regarding plaintiff Lee's and plaintiff Werner's motions to
6   consolidate and to appoint lead plaintiff and/or lead counsel is set for May 25, 2007 at 9:00 a.m.;

7   WHEREAS, the Initial Case Management Conference is currently set for May 25, 2007;

8   WHEREAS, the parties wish to avoid the premature preparation of multiple case
9   management submissions prior to the consolidation of the above-referenced actions and the
10  designation of lead plaintiff and/or lead counsel;

11  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
12  subject to the approval of the Court, that the Initial Case Management Conference in the above-
13  captioned actions shall be continued until thirty (30) days after the date of entry of an order
14  consolidating the actions and appointing lead counsel and/or lead plaintiff, or such other later
15  date that the Court deems appropriate, and that the related case management deadlines shall be
16  adjusted accordingly.

17
18
19
20
21
22
23
24
25
26
27
28  STIPULATION AND [PROPOSED] ORDER                2
    TO CONTINUE CASE MANAGEMENT
    CONFERENCE, CASE NOS. C-07-0955-JF; C-
    07-1264 JF; C-07-1265-JF

1 | **IT IS SO STIPULATED**.

Dated: May 16, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Diane M. Walters___
       Diane M. Walters

Attorneys for Defendants John R. Ambroseo, Gerald C. Barker, Dennis C. Bucek, Charles W. Cantoni, Kevin P. Connors, Vittorio Fossati-Bellani, Robert M. Gelber, John H. Hart, James L. Hobart, Kevin McCarthy, Paul L. Meissner, Gary W. Rogerson, Helene Simonet, Luis Spinelli, James L. Taylor, Lawrence Tomlinson, Ronald A. Victor, Sandeep Vij, and Nominal Defendant Coherent, Inc.

Dated: May 16, 2007

HELLER EHRMAN LLP

By: ___/s/ Charles R. Jaeger___
       Charles R. Jaeger

Attorneys for Defendant Scott H. Miller

Dated: May 16, 2007

FARELLA BRAUN & MARTEL LLP

By: ___/s/ C. Brandon Wisoff___
       C. Brandon Wisoff

Attorneys for Defendant Bernard J. Couillaud

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF

3

| | | |
|---|---|---|
| 1 | Dated: May 16, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Shawn Williams<br>         Shawn Williams |
| 5 | | Attorneys for Plaintiff James M. Lee |
| 7 | Dated: May 16, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 10 | | By:   /s/ Nichole Browning<br>         Nichole Browning |
| 11 | | Attorneys for Plaintiff Michael Werner |
| 13 | Dated: May 16, 2007 | JOHNSON BOTTINI LLP |
| 15 | | By:   /s/ Frank J. Johnson<br>         Frank J. Johnson |
| 16 | | Attorneys for Plaintiff J. Davis Bartholomew |

The Case Management Conference is rescheduled to Friday July13, 2007 at 10:30 AM.

**IT IS SO ORDERED.**

Dated: May 18, 2007

_____
The Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NOS. C-07-0955-JF; C-07-1264 JF; C-07-1265-JF          4

1  I, Diane M. Walters, am the ECF user whose identification and password are being used
2  to file the STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
3  MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest
4  that Charles R. Jaeger, C. Brandon Wisoff, Shawn Williams, Nichole Browning and Frank
5  Johnson have concurred in this filing.

7  Dated:  May 16, 2007     WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation

                            By:     /s/ Diane M. Walters
                                     Diane M. Walters

28  STIPULATION AND [PROPOSED] ORDER         5
    TO CONTINUE CASE MANAGEMENT
    CONFERENCE, CASE NOS. C-07-0955-JF; C-
    07-1264 JF; C-07-1265-JF