**E-filed 7/6/07**

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  John K. Grant (169813)
   Shawn A. Williams (213113)
3  Monique C. Winkler (213031)
   Aelish M. Baig (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 288-4545
   Facsimile:  (415) 288-4534
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com
8
   SCHIFFRIN, BARROWAY, TOPAZ
9      & KESSLER, LLP
   Alan R. Plutzik (077785)
10 L. Timothy Fisher (191626)
   2125 Oak Grove Road, Suite 120
11 Walnut Creek, CA  94598
   Telephone:  (925) 945-0770
12 Facsimile:  (925) 945-8792
   aplutzik@sbtklaw.com
13 tfisher@sbtklaw.com

14 Co-Lead Counsel for Plaintiffs

   [Additional counsel appear on signature page.]
15
                 UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN JOSE DIVISION
18 ┌─────────────────────────────────┬─────────────────────────────
   In re COHERENT, INC. SHAREHOLDER   )  Lead Case No. C-07-0955-JF
   DERIVATIVE LITIGATION              )
19 ───────────────────────────────────)  DERIVATIVE ACTION
                                      )
20 This Document Relates To:          )  STIPULATION AND [PROPOSED]
                                      )  ORDER CONTINUING CASE
21    ALL ACTIONS.                    )  MANAGEMENT CONFERENCE
                                      )
22 ───────────────────────────────────

23

24      WHEREAS, by Order dated May 29, 2007 (the "May 29, 2007 Order"), this Court

25 appointed the law firms of Schiffrin Barroway Topaz & Kessler, LLP and Lerach Coughlin Stoia

26 Geller Rudman & Robbins, LLP as Co-Lead Counsel;

27

28
   ──────────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
   CONFERENCE CASE NO. C07-0955 JF
                                                                    1
   762288.1

1    WHEREAS, the May 29, 2007 Order ordered Plaintiffs James M. Lee, J. Davis

2  Bartholomew and Michael Werner ("Plaintiffs") to file and serve a consolidated complaint (the

3  "Consolidated Complaint") on or before June 25, 2007;

4    WHEREAS, Plaintiffs filed their Consolidated Complaint on June 25, 2007;

5    WHEREAS, by Stipulation dated April 18, 2007 (the "April 18, 2007 Order"),

6  Defendants shall answer or otherwise respond to the Consolidated Complaint no later than forty-

7  five (45) days from the date of filing of the Consolidated Complaint;

8    WHEREAS, the parties have agreed that in the event that Defendants file and serve any

9  motion directed at the Consolidated Complaint, Plaintiffs shall file and serve an opposition no

10  later than forty-five (45) days from the date of filing of the motion;

11    WHEREAS, the parties have agreed that if Defendants file and serve a reply to Plaintiffs'

12  opposition, they will do so no later than thirty (30) days from the date of filing of the opposition;

13    WHEREAS, the May 29, 2007 Order scheduled an initial Case Management Conference

14  ("the Case Management Conference") for July 13, 2007 at 10:30 a.m;

15    WHEREAS, the parties have agreed to continue the Case Management Conference until

16  November 9, 2007 at 10:30 a.m., or such other date that the Court deems appropriate; and

17    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

18  efficiency, and will not cause prejudice to any party:

19    THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants,

20  through their respective counsel of record, that:

21    1.    The Case Management Conference currently scheduled for July 13, 2007, shall be

22  continued to November 9, 2007, subject to the approval of the Court.

23    2.    Defendants shall answer or otherwise respond to the Consolidated Complaint no

24  later than August 9, 2007.

25    3.    In the event that Defendants file and serve any motion directed at the

26  Consolidated Complaint, Plaintiffs shall file and serve an opposition no later than forty-five (45)

27  days from the date of filing of the motion.

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE CASE NO. C07-0955 JF**

2

762288.1

1      If Defendants file and serve a reply to Plaintiffs' opposition, they will do so no later than

2 thirty (30) days from the date of filing of the opposition.

3      IT IS SO STIPULATED.

4

Dated:  July 2, 2007

5                                         /s/
                  LERACH COUGHLIN STOIA GELLER

6                   RUDMAN & ROBBINS LLP
                  Travis E. Downs III

7                   Kathleen A. Herkenhoff
                  Benny C. Goodman III

8                   Mary Lynne Calkins
                  655 West Broadway, Suite 1900

9                   San Diego, CA  92101
                  Telephone:  (619) 231-1058

10                   Facsimile:  (619) 231-7423

11

12 Dated:  July 2, 2007                  /s/
                  SCHIFFRIN BARROWAY TOPAZ & KESSLER,

13                   LLP
                  Alan R. Plutzik

14                   L. Timothy Fisher
                  Nichole Browning

15                   2125 Oak Grove Road, Suite 120
                  Walnut Creek, CA  94598

16                   Telephone:  (925) 945-0770
                  Facsimile:  (925) 945-8792

17

18                   -and-

19                   SCHIFFRIN BARROWAY TOPAZ & KESSLER,
                  LLP

20                   Lee Rudy
                  James Maro

21                   280 King of Prussia Road
                  Radnor, PA  19087

22                   Telephone:  (610) 667-7706
                  Facsimile:  (610) 667-7056

23                   Co-Lead Counsel for Plaintiffs

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE CASE NO. C07-0955 JF

762288.1

1  Dated:  July 2, 2007                                    /s/
                                        HELLER EHRMAN, LLP
2                                       Charles Ralph Jaeger
                                        Joshua Hill
3                                       333 Bush Street
                                        San Francisco, CA  94104
4                                       Telephone: .(415) 772-6000
                                        Facsimile:  (415) 772-6268
5

6                                       HELLER EHRMAN, LLP
                                        Norman J. Blears
7                                       275 Middlefield Road
                                        Menlo Park, CA  94025-3506
8                                       Telephone:  (650) 324-7000
                                        Facsimile:  (650) 324-0638
9                                       Counsel for Defendant Scott H. Miller

10

11 Dated:  July 2, 2007                                    /s/
                                        TAYLOR & COMPANY LAW OFFICES, INC.
                                        Stephen E. Taylor
12                                      Jessica L. Grant
                                        One Ferry Building, Suite 355
13                                      San Francisco, CA  94111
                                        Telephone: (415) 788-8200
14                                      Facsimile:  (415) 788-8208

15

16                                      KING & SPALDING
                                        Michael R. Smith
17                                      Justin C. Jeffries
                                        1180 Peachtree Street., NE
18                                      Atlanta, GA  30309
                                        Telephone:  (404) 572-3600
19                                      Facsimile:  (404) 572-5100)
                                        Counsel for Defendant Robert J. Quillinan
20

21 Dated:  July 2, 2007                                    /s/
                                        FARELLA BRAUN & MARTEL, LLP
22                                      C. Brandon Wisoff
                                        Douglas R. Young
23                                      235 Montgomery Street, 17th Floor
                                        San Francisco, CA  94104
24                                      Telephone: (415) 954-4400
                                        Facsimile:  (415) 954-4480
25

26                                      Counsel for Defendant Bernard Couillaud

27

28
   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
   CONFERENCE CASE NO. C07-0955 JF

                                                                                    4
   762288.1

1   Dated:  July 2, 2007

                                        /s/
2                                   COOLEY GODWARD KRONISH, LLP
                                    William S. Freeman
3                                   Jeffrey M. Kaban
                                    Five Palo Alto Square
4                                   3000 El Camino Real
                                    Palo Alto, CA  94306
5                                   Telephone: (650) 843-5000
                                    Facsimile:  (650) 857-0663
6                                   Counsel for Defendant Henry E. Gauthier

7   Dated:  July 2, 2007                       /s/
                                    WILSON SONSINI GOODRICH & ROSATI
8                                   Diane M. Walters
                                    650 Page Mill Road
9                                   Palo Alto, CA  94304
                                    Telephone:  (650) 493-9300
10                                  Facsimile:  (650) 493-6811

11
                                    Counsel for Individual Defendants Charles W.
12                                  Cantoni, Dennis C. Bucek, Garry W. Rogerson,
                                    Helene Simonet, John R. Ambroseo, John H. Hart,
13                                  Lawrence Tomlinson, Luis Spinelli, Paul L.
                                    Meissner, Ronald A. Victor, Sandeep Vij, Vittorio
14                                  Fossati-Bellani, Kevin McCarthy, James L. Taylor,
                                    Gerald C. Barker, Kevin P. Connors, Robert M.
15                                  Gelber, James L. Hobart and Nominal Defendant,
16                                  Coherent, Inc.

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
    CONFERENCE CASE NO. C07-0955 JF

                                                                              5
    762288.1

1

**Attestation Pursuant To General Order 45**

2      I, Nichole Browning, attest that concurrence in the filing of this document has been

3   obtained from the other signatory.  I declare under penalty of perjury under the laws of the

4   United States that the foregoing is true and correct.  Executed this 2nd day of July, 2007 at San

5   Francisco, California.

6                                                            _____/s/ Nichole Browning_____

7                                              **ORDER**

8

9                  Pursuant to the parties' stipulation, IT IS SO ORDERED.

10

11

12   Dated:  7/6/07

                                     _____
13                                   JEREMY FOGEL
                                     UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE CASE NO. C07-0955 JF

6

762288.1