**E-filed 7/6/07**

STEPHEN E. TAYLOR (SBN 058452)
JESSICA L. GRANT (SBN 178138)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com

Attorney for Defendant
ROBERT J. QUILLINAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION. | **DEFENDANT ROBERT J. QUILLINAN'S SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER**<br><br>Case No.: C-07-0955 JF (HRL) |

TAYLOR & CO.
LAW OFFICES

DEFENDANT ROBERT J. QUILLINAN'S SUBSTITUTION OF ATTORNEYS AND
[PROPOSED] ORDER: CONSOLIDATED CASE NO. C-07-0955 JF (HRL)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that defendant Robert J. Quillinan hereby substitutes the law firm of King & Spalding, located at 1180 Peachtree Street, NE, in Atlanta, GA 30309, and the law firm of Taylor & Company Law Offices, Inc., located at One Ferry Building, Suite 355, in San Francisco, CA 94111, in the place and stead of the law firm Wilson Sonsini Goodrich & Rosati, located at 650 Page Mill Road, in Palo Alto, CA, as his counsel of record in the above-captioned consolidated proceedings. All further pleadings, correspondence and communications should be directed to the attention of Michael R. Smith and Justin C. Jeffries at King & Spalding, and to Stephen E. Taylor and Jessica L. Grant at Taylor & Company Law Offices, Inc.

THIS SUBSTITUTION IS HEREBY ACKNOWLEDGED AND AGREED TO:

Dated: June 12, 2007                WILSON SONSINI GOODRICH & ROSATI

                                    By: /s/ Diane M. Walters
                                        Diane M. Walters

THIS SUBSTITUTION IS HEREBY GIVEN:

Dated: June 11, 2007                By: /s/ Robert J. Quillinan
                                        Robert J. Quillinan

THIS SUBSTITUTION IS HEREBY ACCEPTED:

Dated: June 12, 2007                KING & SPALDING

                                    By: /s/ Michael R. Smith
                                        Michael R. Smith

THIS SUBSTITUTION IS HEREBY ACCEPTED:

Dated: June 12, 2007                TAYLOR & COMPANY LAW OFFICES, INC.

                                    By: /s/ Stephen E. Taylor
                                        Stephen E. Taylor

3.

DEFENDANT ROBERT J. QUILLINAN'S SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER: CONSOLIDATED CASE NO. C-07-0955 JF (HRL)

## ORDER

Defendant Robert J. Quillinan's application for Substitution of Attorneys is hereby GRANTED.

DATED: 7/6/07

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

4.

TAYLOR & CO. LAW OFFICES

DEFENDANT ROBERT J. QUILLINAN'S SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER:  CONSOLIDATED CASE NO. C-07-0955 JF (HRL)