\*\*E-filed 8/28/07\*\*

NINA F. LOCKER, State Bar No. 123838
CAZ HASHEMI, State Bar No. 210239
DIANE M. WALTERS, State Bar No. 148136
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dwalters@wsgr.com

Attorneys for Defendants John R. Ambroseo, Helene Simonet, Luis Spinelli, Vittorio Fossati-Bellani, Ronald A. Victor, Paul L. Meissner, Dennis C. Bucek, Charles W. Cantoni, Sandeep Vij, John H. Hart, Lawrence Tomlinson, Garry W. Rogerson, James L. Hobart, Robert M. Gelber, Kevin P. Connors, Gerald C. Barker, James L. Taylor, Kevin McCarthy and Nominal Defendant Coherent, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION | LEAD CASE NO.: C-07-0955-JF |
| This Document Relates to: ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

STIPULATION & [PROPOSED] ORDER

WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the "Complaint") in this consolidated shareholder derivative action;

WHEREAS, Defendants' responses to the Complaint are due to be filed on August 9, 2007;

WHEREAS, on July 26, 2007, Nominal Defendant Coherent, Inc. ("Coherent") issued a press release announcing that the Special Committee of the Coherent Board of Directors (the "Special Committee") concluded its investigation of Coherent's historical stock option practices;

WHEREAS, in light of recent developments, plaintiffs have agreed, subject to Court approval, to continue the date for Defendants' responses to the Complaint;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants' deadline to respond to the Complaint is continued from August 9, 2007 to September 14, 2007.

2. In the event that Defendants file and serve motion(s) directed at the Complaint, plaintiffs shall file and serve an opposition no later than forty-five (45) days from the date of filing of the motion, and Defendants shall file and serve a reply no later than thirty (30) days from the date of filing of the opposition.

IT IS SO STIPULATED.

Dated: August 3, 2007

                /s/
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Diane M. Walters
650 Page Mill Road
Palo Alto, CA   94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Counsel for Defendants John R. Ambroseo, Helene Simonet, Luis Spinelli, Vittorio Fossati-Bellani, Ronald A. Victor, Paul L. Meissner, Dennis C. Bucek, Charles W. Cantoni, Sandeep Vij, John H. Hart, Lawrence Tomlinson, Garry W. Rogerson, James L. Hobart, Robert M. Gelber, Kevin P. Connors, Gerald C. Barker, James L. Taylor, Kevin McCarthy and Nominal Defendant Coherent, Inc.

| | | |
|---|---|---|
| 1 | Dated:  August 3, 2007 | /s/ |

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Travis E. Downs III
Kathleen A. Herkenhoff
Benny C. Goodman III
Mary Lynne Calkins
655 West Broadway, Suite 1900
San Diego, CA   92101
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

Dated:  August 3, 2007                              /s/

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Alan R. Plutzik
L. Timothy Fisher
Nichole Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, CA   94598
Telephone:  (925) 945-0770
Facsimile:   (925) 945-8792

- and –

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Lee Rudy
James Maro
280 King of Prussia Road
Radnor, PA   19087
Telephone:  (610) 667-7706
Facsimile:   (610) 667-7056

Co-Lead Counsel for Plaintiffs

Dated:  August 3, 2007                              /s/

HELLER EHRMAN, LLP
Charles Ralph Jaeger
Joshua Hill
33 Bush Street
San Francisco, CA   94104
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268

HELLER EHRMAN, LLP
Norman J. Blears
275 Middlefield Road
Menlo Park, CA   94025-3506
Telephone:  (650) 324-7000
Facsimile:   (650) 324-0638

Counsel for Defendant Scott H. Miller

STIPULATION & [PROPOSED] ORDER                -2-

| | | |
|---|---|---|
| 1 | Dated: August 3, 2007 | /s/ |
| | | KING & SPALDING |
| 2 | | Michael R. Smith |
| | | Justin C. Jeffries |
| 3 | | 1180 Peachtree Street, NE |
| | | Atlanta, GA   30309 |
| 4 | | Telephone:  (404) 572-4600 |
| | | Facsimile:  (404) 572-5100 |
| 5 | | |
| | | -and- |
| 6 | | |
| | | TAYLOR & COMPANY LAW OFFICES, INC. |
| 7 | | Stephen E. Taylor |
| 8 | | Jessica L. Grant |
| | | One Ferry Building, Suite 355 |
| 9 | | San Francisco, CA   94111 |
| | | Telephone:  (415) 788-8200 |
| 10 | | Facsimile:   (415) 788-8208 |
| 11 | | Counsel for Defendant Robert J. Quillinan |
| 12 | | |
| 13 | Dated:  August 3, 2007 | /s/ |
| | | FARELLA BRAUN & MARTEL, LLP |
| 14 | | Douglas R. Young |
| | | C. Brandon Wisoff |
| 15 | | 235 Montgomery Street, 17th Floor |
| | | San Francisco, CA   94104 |
| 16 | | Telephone:  (415) 954-4400 |
| | | Facsimile:   (415) 954-4480 |
| 17 | | |
| | | Counsel for Defendant Bernard Couillaud |
| 18 | | |
| 19 | | |
| 20 | Dated:  August 3, 2007 | /s/ |
| | | COOLEY GODWARD KRONISH LLP |
| 21 | | William S. Freeman |
| | | Jeffrey M. Kaban |
| 22 | | Five Palo Alto Square |
| | | 3000 El Camino Real |
| 23 | | Palo Alto, CA   94306 |
| | | Telephone:  (650) 843-5000 |
| 24 | | Facsimile:   (650) 857-0663 |
| 25 | | Counsel for Defendant Henry E. Gauthier |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION & [PROPOSED] ORDER               -3-

1 **ORDER**

2 Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

4 Dated:    8/27    , 2007

  Hon. Jeremy Fogel
5 United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   I, Diane M. Walters, am the ECF user whose identification and password are being used
2   to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
3   TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that the other
4   signatories have concurred in this filing.

6   Dated:  August 3, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

                                                        By:    /s/ Diane M. Walters
                                                                  Diane M. Walters