NINA F. LOCKER, State Bar No. 123838
CAZ HASHEMI, State Bar No. 210239
DIANE M. WALTERS, State Bar No. 148136
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  nlocker@wsgr.com
Email:  chashemi@wsgr.com
Email:  dwalters@wsgr.com
Email:  dalepin@wsgr.com

Attorneys for Defendants John R. Ambroseo,
Helene Simonet, Luis Spinelli, Vittorio
Fossati-Bellani, Ronald A. Victor, Paul L.
Meissner, Dennis C. Bucek, Charles W. Cantoni,
Sandeep Vij, John H. Hart, Lawrence Tomlinson,
Garry W. Rogerson, James L. Hobart,
Robert M. Gelber, Kevin P. Connors,
Gerald C. Barker, James L. Taylor, Kevin
McCarthy and Nominal Defendant Coherent, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION | LEAD CASE NO.:  C-07-0955-JF |
| This Document Relates to:  ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

STIPULATION & [PROPOSED] ORDER
C-07-0955-JF

1  WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the
2  "Complaint") in this consolidated shareholder derivative action;
3  WHEREAS, Defendants' responses to the Complaint are due to be filed on September
4  14, 2007;
5  WHEREAS, the Board of Directors of Nominal Defendant Coherent, Inc. ("Coherent")
6  has formed a Special Litigation Committee ("SLC") to investigate and evaluate the claims
7  asserted in the Complaint;
8  WHEREAS, the parties wish to allow additional time for the SLC to conduct its
9  investigation and to allow counsel for the SLC and plaintiffs' counsel to discuss the future course
10 of the litigation;
11 WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,
12 to continue the date for Defendants' responses to the Complaint;
13 WHEREAS, the parties further believe that rescheduling the Case Management
14 Conference currently set for November 9, 2007 until the time that the Court schedules a hearing
15 on the responsive pleadings is appropriate;
16 WHEREAS, in light of recent developments, plaintiffs have agreed, subject to Court
17 approval, to continue the date for Defendants' responses to the Complaint;
18 WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
19 efficiency, and will not cause prejudice to any party;
20 THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants
21 through their undersigned counsel, subject to the approval of the Court, as follows:
22 1.  Defendants' deadline to respond to the Complaint is continued from September
23 14, 2007 to November 9, 2007.
24 2.  In the event that Defendants file and serve motion(s) directed at the Complaint,
25 plaintiffs shall file and serve an opposition no later than forty-five (45) days from the date of
26 filing of the motion, and Defendants shall file and serve a reply no later than thirty (30) days
27 from the date of filing of the opposition.
28

3. The Case Management Conference is rescheduled until such time that the Court schedules a hearing on the responsive pleadings.

IT IS SO STIPULATED.

Dated:  August 29, 2007

       /s/ Caz Hashemi
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Caz Hashemi
650 Page Mill Road
Palo Alto, CA   94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Counsel for Defendants John R. Ambroseo, Helene Simonet, Luis Spinelli, Vittorio Fossati-Bellani, Ronald A. Victor, Paul L. Meissner, Dennis C. Bucek, Charles W. Cantoni, Sandeep Vij, John H. Hart, Lawrence Tomlinson, Garry W. Rogerson, James L. Hobart, Robert M. Gelber, Kevin P. Connors, Gerald C. Barker, James L. Taylor, Kevin McCarthy and Nominal Defendant Coherent, Inc.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2007 | /s/ Travis Downs |
| 2 | | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | | Travis E. Downs III |
| 3 | | Kathleen A. Herkenhoff |
| | | Benny C. Goodman III |
| 4 | | Mary Lynne Calkins |
| | | 655 West Broadway, Suite 1900 |
| 5 | | San Diego, CA  92101 |
| | | Telephone:  (619) 231-1058 |
| 6 | | Facsimile:  (619) 231-7423 |

8   Dated: August 29, 2007            /s/ Nichole Browning
                                       SCHIFFRIN BARROWAY TOPAZ &
9                                      KESSLER, LLP
                                       Alan R. Plutzik
10                                     L. Timothy Fisher
                                       Nichole Browning
11                                     2125 Oak Grove Road, Suite 120
                                       Walnut Creek, CA  94598
12                                     Telephone:  (925) 945-0770
                                       Facsimile:  (925) 945-8792
13
                                       - and –
14
                                       SCHIFFRIN BARROWAY TOPAZ &
15                                     KESSLER, LLP
                                       Lee Rudy
16                                     James Maro
                                       280 King of Prussia Road
17                                     Radnor, PA  19087
                                       Telephone:  (610) 667-7706
18                                     Facsimile:  (610) 667-7056

19                                     Co-Lead Counsel for Plaintiffs

20

21  Dated: August 29, 2007             /s/ Joshua Hill
                                       HELLER EHRMAN, LLP
22                                     Charles Ralph Jaeger
                                       Joshua Hill
23                                     33 Bush Street
                                       San Francisco, CA  94104
24                                     Telephone:  (415) 772-6000
                                       Facsimile:  (415) 772-6268
25
                                       HELLER EHRMAN, LLP
26                                     Norman J. Blears
                                       275 Middlefield Road
27                                     Menlo Park, CA  94025-3506
                                       Telephone:  (650) 324-7000
28                                     Facsimile:  (650) 324-0638

                                       Counsel for Defendant Scott H. Miller

STIPULATION & [PROPOSED] ORDER           -3-
C-07-0955-JF

| | | |
|---|---|---|
| 1 | Dated: August 29, 2007 | /s/   Justin Jeffries |

KING & SPALDING
Michael R. Smith
Justin C. Jeffries
1180 Peachtree Street, NE
Atlanta, GA   30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

-and-

TAYLOR & COMPANY LAW OFFICES, INC.
Stephen E. Taylor
Jessica L. Grant
One Ferry Building, Suite 355
San Francisco, CA   94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Counsel for Defendant Robert J. Quillinan

Dated:  August 29, 2007                   /s/   Brandon Wisoff

FARELLA BRAUN & MARTEL, LLP
Douglas R. Young
C. Brandon Wisoff
235 Montgomery Street, 17th Floor
San Francisco, CA   94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480

Counsel for Defendant Bernard Couillaud

Dated: August 29, 2007                   /s/   Jeffrey Kaban

COOLEY GODWARD KRONISH LLP
William S. Freeman
Jeffrey M. Kaban
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA   94306
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Counsel for Defendant Henry E. Gauthier

STIPULATION & [PROPOSED] ORDER            -4-
C-07-0955-JF

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:    9/4        , 2007

_____
Hon. Jeremy Fogel
United States District Court Judge

## ATTESTATION

I, Caz Hashemi, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that Travis Downs, Nichole Browning, Joshua Hill, Justin Jeffries, Brandon Wisoff, and Jeffrey Kaban have concurred in this filing.

Dated: August 29, 2007                         WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:    /s/ Caz Hashemi
                                                        Caz Hashemi