```
 1  SCHIFFRIN, BARROWAY, TOPAZ
      & KESSLER, LLP
 2  ALAN R. PLUTZIK (077785)
    L. TIMOTHY FISHER (191626)
 3  2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
 4  Telephone: 925/945-0770
    925/945-8792 (fax)
 5  aplutzik@sbtklaw.com
    tfisher@sbtklaw.com
 6
    COUGHLIN STOIA GELLER
 7    RUDMAN & ROBBINS LLP
    JOHN K. GRANT (169813)
 8  SHAWN A. WILLIAMS (213113)
    MONIQUE C. WINKLER (213031)
 9  AELISH M. BAIG (201279)
    100 Pine Street, Suite 2600
10  San Francisco, CA  94111
    Telephone: 415/288-4545
11  415/288-4534 (fax)
    johng@csgrr.com
12  shawnw@csgrr.com
    mwinkler@csgrr.com
13  abaig@csgrr.com

14  Co-Lead Counsel for Plaintiffs

15  [Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Lead Case No. C-07-0955-JF |
|---|---|---|
| | ) | DERIVATIVE ACTION |
| This Document Relates To: | ) ) ) ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| ALL ACTIONS. | | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

1

1  WHEREAS, on June 25, 2007, Plaintiffs filed a consolidated amended complaint (the
2  "Complaint") in this consolidated shareholder derivative action;

3  WHEREAS, by Order entered September 6, 2007, the Court continued Defendants'
4  deadline to respond to the Complaint from September 14, 2007 to November 9, 2007;

5  WHEREAS, a mediation has been scheduled for December 6, 2007;

6  WHEREAS, the parties wish to extend the briefing schedule for the motions to dismiss in
7  order to facilitate settlement discussions;

8  WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,
9  to continue the date for Defendants' deadline to respond to the Complaint;

10  WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial
11  efficiency, and will not cause prejudice to any party.

12  THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants,
13  through their undersigned counsel, subject to approval of the Court, as follows:

14  1.  Defendants' deadline to respond to the Complaint is continued from November 9,
15  2007 to January 18, 2008.

16  2.  In the event that Defendants file and serve motion(s) directed at the Complaint,
17  Plaintiffs shall file and serve an opposition no later than March 4, 2008, and Defendants shall file
18  and serve a reply no later than April 4, 2008.

19  3.  The Case Management Conference is rescheduled until such time that the Court
20  schedules a hearing on the responsive pleadings.

21  IT IS SO STIPULATED.

22  Dated: October 18, 2007                              /s/

23                                                   SCHIFFRIN, BARROWAY,
                                                        TOPAZ & KESSLER, LLP
24                                                   ALAN R. PLUTZIK
                                                     L. TIMOTHY FISHER
25                                                   NICHOLE BROWNING
                                                     2125 Oak Grove Road, Suite 120
26                                                   Walnut Creek, CA 94598
                                                     Telephone: 925/945-0770
27                                                   925/945-8792 (fax)

28
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

2

```
                                    SCHIFFRIN BARROWAY
                                      TOPAZ & KESSLER, LLP
                                    LEE RUDY
                                    280 King of Prussia Road
                                    Radnor, PA  19087
                                    Telephone:  610/667-7706
                                    610/667-7056 (fax)
```

Dated:  October 18, 2007                    /s/
                                    _____

                                    COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    TRAVIS E. DOWNS III
                                    KATHLEEN A. HERKENHOFF
                                    BENNY C. GOODMAN III
                                    MARY LYNNE CALKINS
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    Co-Lead Counsel for Plaintiffs

Dated:  October 18, 2007                    /s/
                                    _____

                                    HELLER EHRMAN LLP
                                    CHARLES RALPH JAEGER
                                    333 Bush Street
                                    San Francisco, CA  94104
                                    Telephone: 415/772-6000
                                    415/772-6268 (fax)

                                    HELLER EHRMAN LLP
                                    NORMAN J. BLEARS
                                    275 Middlefield Road
                                    Menlo Park, CA  94025-3506
                                    Telephone:  650/324-7000
                                    650/324-0638 (fax)

                                    Counsel for Defendant Scott H. Miller

Dated:  October 18, 2007                    /s/
                                    _____
                                    KING & SPALDING
                                    MICHAEL R. SMITH
                                    JUSTIN C. JEFFRIES
                                    1180 Peachtree Street, NE
                                    Atlanta, GA  30309

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

Telephone: 404/572-4600
404/572-5100 (fax)

-and-

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: 415/788-8200
415/788-8208 (fax)

Counsel for Defendant Robert J. Quillinan

Dated: October 18, 2007        /s/

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415/954-4400
415/954-4480 (fax)

Counsel for Defendant Bernard Couillaud

Dated: October 18, 2007        /s/

COOLEY GODWARD KRONISH, LLP
WILLIAM S. FREEMAN
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
650/857-0663 (fax)

Counsel for Defendant Henry E. Gauthier

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

4

1 | Dated: October 18, 2007                                    /s/
                                                    _____

2 | WILSON SONSINI GOODRICH & ROSATI
    DIANE M. WALTERS
3 | 650 Page Mill Road
    Palo Alto, CA 94304
4 | Telephone: 650/493-9300
    650/493-6811 (fax)
5
    Counsel for Individual Defendants Charles W.
6 | Cantoni, Dennis C. Bucek, Garry W. Rogerson,
    Helene Simonet, John R. Ambroseo, John H. Hart,
7 | Lawrence Tomlinson, Luis Spinelli, Paul L.
    Meissner, Ronald A. Victor, Sandeep Vij, Vittorio
8 | Fossati-Bellani, Kevin McCarthy, James L. Taylor,
    Gerald C. Barker, Kevin P. Connors, Robert M.
9 | Gelber, James L. Hobart and Nominal Defendant,
    Coherent, Inc.

12 |     I, Alan Plutzik, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In
13 | compliance with General Order 45, X.B., I hereby attest that the other signatories have concurred in this filing.

                                                    /s/ Alan R. Plutzik
15 |                                                 _____
                                                    Alan R. Plutzik

17 | ORDER

19 | Pursuant to the parties' stipulation, IT IS SO ORDERED.

22 | Dated: 10/19/07                                 _____
                                                    HON. JEREMY FOGEL
23 |                                                 UNITED STATES DISTRICT COURT JUDGE

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**
C-07-0955-JF