**E-filed 12/10/07**

MICHAEL D. TORPEY (STATE BAR NO. 79424)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
Email:  mtorpey@orrick.com

MICHAEL C. TU (STATE BAR NO. 186793)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017-5855
Telephone:  (213) 629-2020
Facsimile:  (213) 612-2499
Email:  mtu@orrick.com

Attorneys for the Special Litigation Committee of Coherent, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No.  C-07-0955-JF |
|---|---|
|  | DERIVATIVE ACTION |
| This Document Related To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

OHS West:260344736.1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

1       WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the

2 "Complaint") in this consolidated shareholder derivative action;

3       WHEREAS, on October 18, 2007, the parties filed a stipulation and proposed order to

4 extend the defendants' deadline to respond to the Complaint and related briefing schedule in light

5 of a mediation that was scheduled to take place on December 6, 2007;

6       WHEREAS, by Order entered October 19, 2007, the Court continued defendants'

7 deadline to respond to the Complaint from November 9, 2007 to January 18, 2008;

8       WHEREAS, the Special Litigation Committee of Coherent, Inc. (the "Special Litigation

9 Committee"), which is currently conducting an investigation regarding the allegations of the

10 Complaint, was recently and unexpectedly informed by the mediator with whom the mediation

11 had previously been scheduled for December 6, 2007, that he has been ordered by a federal

12 district judge in another matter to conduct a mediation proceeding on that date, and that due to his

13 full schedule would be unable to reschedule the mediation in this matter within the next few

14 months;

15       WHEREAS, based upon the cancellation of the December 6, 2007 mediation date, the

16 mediation has been rescheduled to take place on January 9, 2008 with a new mediator, the Hon.

17 Howard Wiener (ret.);

18       WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,

19 to continue the date for defendants' deadline to respond to the Complaint in order to facilitate

20 settlement discussions;

21       WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial

22 efficiency, and will not cause prejudice to any party;

23       THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the

24 Special Litigation Committee, through their undersigned counsel, subject to approval of the

25 Court, as follows:

26       1.    Defendants' deadline to respond to the Complaint is continued from January 18,

27 2008 to February 22, 2008.

28

1     2.     In the event that defendants file and serve motion(s) directed at the Complaint, plaintiffs shall file and serve an opposition no later than April 7, 2008, and defendants shall file and serve a reply no later than May 7, 2008.

     3.     The Case Management Conference is rescheduled until such time that the Court schedules a hearing on the responsive pleadings.

IT IS SO STIPULATED.

Dated:  December 6, 2007                                                        /s/

SCHIFFRIN, BARROWAY, TOPAZ &
    KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: 925/945-0770
Fax:  925/945-8792

SCHIFFRIN, BARROWAY, TOPAZ &
    KESSLER, LLP
LEE RUDY
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
Fax:  610/667-7056

Dated:  December 6, 2007                                                        /s/

COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Fax:  619/231-7423

Co-Lead Counsel for Plaintiffs

Dated:  December 6, 2007                                    /s/

HELLER EHRMAN LLP
CHARLES RALPH JAEGER
333 Bush Street
San Francisco, CA  94104
Telephone:  415/772-6000
Fax:  415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:  650/324-7000
Fax:  650/324-0638

Counsel for Defendant Scott H. Miller

Dated:  December 6, 2007                                    /s/

KING & SPALDING
MICHAEL R. SMITH
JUSTIN C. JEFFRIES
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone:  404/572-4600
Fax:  404/572-5100

- and –

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone:  415/788-8200
Fax:  415/788-8208

Counsel for Defendant Robert J. Quillinan

Dated:  December 6, 2007                                    /s/

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 7th Floor
San Francisco, CA  94104
Telephone:  415/954-400
Fax:  415/954-4480

Counsel for Defendant Bernard Couillaud

Dated:  December 6, 2007

/s/

COOLEY GODWARD KRONISH, LLP
WILLIAM S. FREEMAN
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
Fax:  650/857-0663

Counsel for Defendant Henry E. Gauthier

Dated:  December 6, 2007

/s/

WILSON SONSINI GOODRICH & ROSATI
DIANE M. WALTERS
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
Fax:  650/493-6811

Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber, James L. Hobart and Nominal Defendant, Coherent, Inc.

OHS West:260344736.1 — - 4 - — STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

Dated: December 6, 2007                              /s/
                                         _____

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415/773-5700
Fax:  415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone:  213/629-2020
Fax:  213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc.

I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

                              /s/ Michael C. Tu
                              _____
                                 Michael C. Tu

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: _12/10/07_____                  _____
                                           **HON. JEREMY FOGEL**
                                           **UNITED STATES DISTRICT COURT JUDGE**