NINA F. LOCKER, State Bar No. 123838
CAZ HASHEMI, State Bar No. 210239
DIANE M. WALTERS, State Bar No. 148136
STEPHANIE MCMAHON, State Bar No. 247720
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: chashemi@wsgr.com
Email: dwalters@wsgr.com
Email: smcmahon@wsgr.com

Attorneys for Defendant
NOMINAL DEFENDANT COHERENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) This Document Relates to: ALL ACTIONS ) ) ) ) ) ) ) ) | LEAD CASE NO.: C-07-0955-JF  APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR COHERENT, INC. |

1    Nominal Defendant Coherent, Inc. ("Coherent") requests an order permitting the law firm
2    of Wilson Sonsini Goodrich & Rosati ("WSGR") to withdraw as Coherent's counsel of record in
3    the above-captioned matter and the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick") to
4    substitute as counsel of record for Nominal Defendant Coherent by and through its Special
5    Litigation Committee, which has been authorized by Coherent's Board of Directors to act for
6    Coherent in connection with these derivative actions.

7    Coherent, WSGR, and Orrick hereby consent to this substitution.

8    Coherent further requests that the Court make all necessary changes to the Court's
9    records and ECF and direct all future communications in this case to Orrick, Herrington &
10   Sutcliffe LLP as counsel of record for Nominal Defendant Coherent, Inc. by and through its
11   Special Litigation Committee as follows:

```
MICHAEL D. TORPEY (STATE BAR NO. 79424)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email:        mtorpey@orrick.com


MICHAEL C. TU (STATE BAR NO. 186793)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017-5855
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499
Email:        mtu@orrick.com

Attorneys for Nominal Defendant Coherent, Inc.
by and through its Special Litigation Committee
```

| | | |
|---|---|---|
| Dated: December 27, 2007 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: /s/ Caz Hashemi
Caz Hashemi

Attorneys for Nominal Defendant Coherent, Inc.

Dated: December 27, 2007    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Michael Tu
Michael Tu

Attorneys for Nominal Defendant Coherent, Inc. by and through its Special Litigation Committee

**IT IS HEREBY ORDERED** that Orrick, Herrington & Sutcliffe LLP is substituted as counsel of record for Nominal Defendant Coherent, Inc. by and through its Special Litigation Committee.

Dated: 1/4/08

By: _____
THE HONORABLE JEREMY FOGEL

| | |
|---|---|
| 1 | <u>ATTESTATION</u> |
| 2 | I, Stephanie McMahon, am the ECF User whose identification and password are being |
| 3 | used to file APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF |
| 4 | COUNSEL FOR COHERENT, INC. In compliance with General Order 45.X.B, I hereby attest |
| 5 | that Caz Hashemi and Michael Tu have concurred in this filing. |

Dated: December 27, 2007　　　　　　　　WILSON SONSINI GOODRICH & ROSATI

By: /s/ Stephanie McMahon
　　　Stephanie McMahon

Attorneys for Nominal Defendant Coherent, Inc.