**E-filed 2/5/08**

1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, California  94105-2669
   Telephone:    (415) 773-5700
4  Facsimile:    (415) 773-5759
   Email:        mtorpey@orrick.com
5
   MICHAEL C. TU (STATE BAR NO. 186793)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
7  Los Angeles, California  90017-5855
   Telephone:    (213) 629-2020
8  Facsimile:    (213) 612-2499
   Email:        mtu@orrick.com
9
   Attorneys for the Special Litigation Committee of Coherent, Inc.
10 and Nominal Defendant Coherent, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF |
|---|---|
| | DERIVATIVE ACTION |
| This Document Related To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| ALL ACTIONS. | |

1  WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the "Complaint") in this consolidated shareholder derivative action;

WHEREAS, on December 6, 2007, the parties filed a stipulation and proposed order to extend the defendants' deadline to respond to the Complaint and related briefing schedule in light of mediation proceedings;

WHEREAS, on December 10, 2007 the Court approved the parties' stipulation and continued defendants' deadline to respond to the Complaint to February 22, 2008;

WHEREAS, a full day mediation was held on January 9, 2008 before the Hon. Howard Wiener (ret.);

WHEREAS, Justice Wiener, the Coherent Special Litigation Committee and plaintiffs are currently engaging in continuing further settlement discussions, and have scheduled a further mediation before Justice Wiener on March 20, 2008;

WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval, to continue the date for defendants' deadline to respond to the Complaint in order to facilitate the ongoing settlement discussions;

WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the Special Litigation Committee, through their undersigned counsel, subject to approval of the Court, as follows:

1. Defendants' deadline to respond to the Complaint is continued from February 22, 2008 to April 18, 2008.

2. In the event that defendants file and serve motion(s) directed at the Complaint, plaintiffs shall file and serve an opposition no later than June 2, 2008, and defendants shall file and serve a reply no later than July 2, 2008.

1     3.     The Case Management Conference is rescheduled until such time that the Court schedules a hearing on the responsive pleadings.

IT IS SO STIPULATED.

Dated: January 30, 2008                                                     /s/

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0770
Fax: 925/945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
LEE RUDY
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056

Dated: January 30, 2008                                                     /s/

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423

Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

HELLER EHRMAN LLP
CHARLES RALPH JAEGER
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
Fax: 415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650/324-7000
Fax: 650/324-0638

Counsel for Defendant Scott H. Miller

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

KING & SPALDING
MICHAEL R. SMITH
JUSTIN C. JEFFRIES
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404/572-4600
Fax: 404/572-5100

- and –

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: 415/788-8200
Fax: 415/788-8208

Counsel for Defendant Robert J. Quillinan

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 7th Floor
San Francisco, CA 94104
Telephone: 415/954-400
Fax: 415/954-4480

Counsel for Defendant Bernard Couillaud

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

COOLEY GODWARD KRONISH, LLP
WILLIAM S. FREEMAN
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
Fax: 650/857-0663

Counsel for Defendant Henry E. Gauthier

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

WILSON SONSINI GOODRICH & ROSATI
DIANE M. WALTERS
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
Fax: 650/493-6811

Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber and James L. Hobart

| | |
|---|---|
| Dated: January 30, 2008 | /s/ |

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
Fax: 415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
Fax: 213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc. and Nominal Defendant Coherent, Inc.

I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

                                        */s/ Michael C. Tu*
                                          Michael C. Tu

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 2/5/08

                                        **HON. JEREMY FOGEL**
                                  **UNITED STATES DISTRICT COURT JUDGE**