**E-filed 4/17/08**

1   MICHAEL D. TORPEY (STATE BAR NO. 79424)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
2   The Orrick Building
    405 Howard Street
3   San Francisco, California  94105-2669
    Telephone:    (415) 773-5700
4   Facsimile:    (415) 773-5759
    Email:        mtorpey@orrick.com
5
    MICHAEL C. TU (STATE BAR NO. 186793)
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
7   Los Angeles, California  90017-5855
    Telephone:    (213) 629-2020
8   Facsimile:    (213) 612-2499
    Email:        mtu@orrick.com
9
    Attorneys for the Special Litigation Committee of Coherent, Inc.
10  and Nominal Defendant Coherent, Inc.

11

12

13

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN JOSE DIVISION**

17

18  In re COHERENT, INC. SHAREHOLDER          Lead Case No. C-07-0955-JF
    DERIVATIVE ACTION
                                              DERIVATIVE ACTION
19
    This Document Related To:                 **STIPULATION AND [PROPOSED]**
20                                            **ORDER EXTENDING TIME TO**
        ALL ACTIONS.                          **RESPOND TO COMPLAINT**
21

22

23

24

25

26

27

28

1    WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the

2    "Complaint") in this consolidated shareholder derivative action;

3    WHEREAS, on January 30, 2008, the parties filed a stipulation and proposed order to

4    extend the defendants' deadline to respond to the Complaint and related briefing schedule in light

5    of mediation proceedings;

6    WHEREAS, on February 5, 2008, the Court approved the parties' stipulation and

7    continued defendants' deadline to respond to the Complaint to April 18, 2008;

8    WHEREAS, full day mediations were held on January 9, 2008 and March 20, 2008 before

9    the Hon. Howard Wiener (ret.);

10   WHEREAS, the parties are currently engaging in continuing settlement discussions;

11   WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,

12   to continue the date for defendants' deadline to respond to the Complaint by two weeks in order

13   to facilitate the ongoing settlement discussions;

14   WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial

15   efficiency, and will not cause prejudice to any party;

16   THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the

17   Special Litigation Committee, through their undersigned counsel, subject to approval of the

18   Court, as follows:

19       1.    Defendants' deadline to respond to the Complaint is continued from April 18,

20   2008 to May 2, 2008.

21       2.    In the event that defendants file and serve motion(s) directed at the Complaint,

22   plaintiffs shall file and serve an opposition no later than June 16, 2008, and defendants shall file

23   and serve a reply no later than July 16, 2008.

24

25

26

27

28

OHS West:260421866.1                              - 1 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

1        3.      The Case Management Conference is rescheduled until such time that the Court

2   schedules a hearing on the responsive pleadings.

3            IT IS SO STIPULATED.

4

    Dated:  April 15, 2008                                              /s/
5
                                                      SCHIFFRIN, BARROWAY, TOPAZ &
6                                                         KESSLER, LLP
                                                      ALAN R. PLUTZIK
7                                                     L. TIMOTHY FISHER
                                                      NICHOLE BROWNING
8                                                     2125 Oak Grove Road, Suite 120
                                                      Walnut Creek, CA  94598
9                                                     Telephone:  925/945-0770
                                                      Fax:  925/945-8792
10
                                                      SCHIFFRIN, BARROWAY, TOPAZ &
11                                                        KESSLER, LLP
                                                      LEE RUDY
12                                                    280 King of Prussia Road
                                                      Radnor, PA  19087
13                                                    Telephone:  610/667-7706
                                                      Fax:  610/667-7056
14

15  Dated:  April 15, 2008                                              /s/

16                                                    COUGHLIN STOIA GELLER RUDMAN &
                                                         ROBBINS LLP
17                                                    TRAVIS E. DOWNS III
                                                      KATHLEEN A. HERKENHOFF
18                                                    BENNY C. GOODMAN III
                                                      MARY LYNNE CALKINS
19                                                    655 West Broadway, Suite 1900
                                                      San Diego, CA  92101
20                                                    Telephone:  619/231-1058
                                                      Fax:  619/231-7423
21
                                                      Co-Lead Counsel for Plaintiffs
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF

Dated:  April 15, 2008                                    /s/
_____

HELLER EHRMAN LLP
CHARLES RALPH JAEGER
333 Bush Street
San Francisco, CA  94104
Telephone:  415/772-6000
Fax:  415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:  650/324-7000
Fax:  650/324-0638

Counsel for Defendant Scott H. Miller

Dated:  April 15, 2008                                    /s/
_____

KING & SPALDING
MICHAEL R. SMITH
JUSTIN C. JEFFRIES
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone:  404/572-4600
Fax:  404/572-5100

- and –

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone:  415/788-8200
Fax:  415/788-8208

Counsel for Defendant Robert J. Quillinan

Dated:  April 15, 2008                                    /s/
_____

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 7th Floor
San Francisco, CA  94104
Telephone:  415/954-4400
Fax:  415/954-4480

Counsel for Defendant Bernard Couillaud

Dated:  April 15, 2008                                     /s/
                                           _____

                                           COOLEY GODWARD KRONISH, LLP
                                           WILLIAM S. FREEMAN
                                           JEFFREY M. KABAN
                                           Five Palo Alto Square
                                           3000 El Camino Real
                                           Palo Alto, CA  94306
                                           Telephone:  650/843-5000
                                           Fax:  650/857-0663

                                           Counsel for Defendant Henry E. Gauthier


Dated:  April 15, 2008                                     /s/
                                           _____

                                           WILSON SONSINI GOODRICH & ROSATI
                                           DIANE M. WALTERS
                                           650 Page Mill Road
                                           Palo Alto, CA  94304
                                           Telephone:  650/493-9300
                                           Fax:  650/493-6811

                                           Counsel for Individual Defendants Charles W.
                                           Cantoni, Dennis C. Bucek, Garry W. Rogerson,
                                           Helene Simonet, John R. Ambroseo, John H. Hart,
                                           Lawrence Tomlinson, Luis Spinelli, Paul L.
                                           Meissner, Ronald A. Victor, Sandeep Vij, Vittorio
                                           Fossati-Bellani, Kevin McCarthy, James L. Taylor,
                                           Gerald C. Barker, Kevin P. Connors, Robert M.
                                           Gelber and James L. Hobart


Dated:  April 15, 2008                                     /s/
                                           _____

                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           MICHAEL D. TORPEY
                                           The Orrick Building
                                           405 Howard Street
                                           San Francisco, CA  94105-2669
                                           Telephone:  415/773-5700
                                           Fax:  415/773-5759

                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           MICHAEL C. TU
                                           777 South Figueroa Street, Suite 3200
                                           Los Angeles, CA  90017-5855
                                           Telephone:  213/629-2020
                                           Fax:  213/612-2499

                                           Counsel for the Special Litigation Committee of
                                           Coherent, Inc. and Nominal Defendant Coherent,
                                           Inc.

1    I, Michael C. Tu, am the ECF user whose ID and password are being used to file this
Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with
2    General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

3                                                       */s/ Michael C. Tu*
                                                         Michael C. Tu
4

5                                      **ORDER**

6        Pursuant to the parties' stipulation, IT IS SO ORDERED.

7      The Case Management Conference is continued to August 1, 2008 at 10:30 AM.

8    Dated:  __4/16/08_____           _____
                                                    **HON. JEREMY FOGEL**
9                                          **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
C-07-0955-JF