1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, California  94105-2669
   Telephone:   (415) 773-5700
4  Facsimile:   (415) 773-5759
   Email:       mtorpey@orrick.com
5
   MICHAEL C. TU (STATE BAR NO. 186793)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
7  Los Angeles, California  90017-5855
   Telephone:   (213) 629-2020
8  Facsimile:   (213) 612-2499
   Email:       mtu@orrick.com
9
   Attorneys for the Special Litigation Committee of Coherent, Inc.
10 and Nominal Defendant Coherent, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF |
| | DERIVATIVE ACTION |
| This Document Related To: | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]** |
| ALL ACTIONS. | **ORDER STAYING PROCEEDINGS** |

1    WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the
2 "Complaint") in this consolidated shareholder derivative action; and

3    WHEREAS, pursuant to the Court's April 17, 2008 order approving the parties' stipulated
4 pleading schedule, the individual defendants filed motions to dismiss the Complaint on May 2,
5 2008, plaintiffs filed their oppositions to the motions to dismiss on June 2, 2008, and the
6 individual defendants' reply briefs are currently due no later than July 16, 2008; and

7    WHEREAS, the Special Litigation Committee of Coherent's Board of Directors (the
8 "SLC") and plaintiffs have attended two mediation sessions with Judge Weiner (Ret.) and are
9 currently engaging in, and intend over the next 60 to 90 days to continue engaging in, further
10 good faith settlement discussions; and

11    WHEREAS, the Parties want to focus their efforts on settlement and avoid unnecessary
12 litigation expenses and preserve judicial resources; and

13    WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,
14 that all other proceedings should be stayed in this case for a ninety (90) day period in order to
15 allow the Parties to continue their good faith settlement discussions; and

16    WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial
17 efficiency, and will not cause prejudice to any party;

18    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the
19 SLC, through their undersigned counsel, subject to approval of the Court, as follows:

20    1.    All proceedings in this case are stayed for a ninety (90) day period from the date of
21 the Court's order approving this stipulation. The individual defendants' reply briefs in support of
22 their motions to dismiss shall be due thirty (30) days following the expiration of the stay. Any
23 Party may terminate this stay upon five days written notice to counsel for all other Parties.

24    2.    The Case Management Conference currently scheduled for August 1, 2008 should
25 be rescheduled to a date following the expiration of the ninety (90) day stay period.

26    3.    By executing this Stipulation, the parties have not waived and expressly retain all
27 claims, defenses and arguments whether procedural, substantive or otherwise.

28

1       IT IS SO STIPULATED.

2   Dated: July 2, 2008                                           /s/ Nichole Browning

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0770
Fax: 925/945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
LEE RUDY
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056

TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423

Co-Lead Counsel for Plaintiffs

Dated: July 2, 2008                                           /s/ Michael C. Tu

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
Fax: 415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
Fax: 213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc. and Nominal Defendant Coherent, Inc.

| | |
|---|---|
| Dated: July 2, 2008 | /s/ Charles Ralph Jaeger |

HELLER EHRMAN LLP
CHARLES RALPH JAEGER
333 Bush Street
San Francisco, CA  94104
Telephone: 415/772-6000
Fax: 415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: 650/324-7000
Fax: 650/324-0638

Counsel for Defendant Scott H. Miller

| | |
|---|---|
| Dated: July 2, 2008 | /s/ Michael R. Smith |

KING & SPALDING
MICHAEL R. SMITH
JUSTIN C. JEFFRIES
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: 404/572-4600
Fax: 404/572-5100

- and –

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone: 415/788-8200
Fax: 415/788-8208

Counsel for Defendant Robert J. Quillinan

| | |
|---|---|
| Dated: July 2, 2008 | /s/ C. Brandon Wisoff |

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 7th Floor
San Francisco, CA  94104
Telephone: 415/954-4400
Fax: 415/954-4480

Counsel for Defendant Bernard Couillaud

| | |
|---|---|
| Dated: July 2, 2008 | /s/ Jeffrey M. Kaban |

COOLEY GODWARD KRONISH, LLP
WILLIAM S. FREEMAN
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
Fax:  650/857-0663

Counsel for Defendant Henry E. Gauthier

| | |
|---|---|
| Dated: July 2, 2008 | /s/ Caz Hashemi |

WILSON SONSINI GOODRICH & ROSATI
CAZ HASHEMI
DIANE M. WALTERS
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
Fax:  650/493-6811

Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber and James L. Hobart

I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

/s/ Michael C. Tu
Michael C. Tu

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.    Case Management Conference

Dated:  ____7/7/08_____

HON. JEREMY FOGEL
**UNITED STATES DISTRICT COURT JUDGE**