```
 1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  The Orrick Building
    405 Howard Street                              **E-Filed 9/26/08**
 3  San Francisco, California  94105-2669
    Telephone:    (415) 773-5700
 4  Facsimile:    (415) 773-5759
    Email:        mtorpey@orrick.com
 5
    MICHAEL C. TU (STATE BAR NO. 186793)
 6  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
 7  Los Angeles, California  90017-5855
    Telephone:    (213) 629-2020
 8  Facsimile:    (213) 612-2499
    Email:        mtu@orrick.com
 9
    Attorneys for the Special Litigation Committee of Coherent, Inc.
10  and Nominal Defendant Coherent, Inc.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF |
| | DERIVATIVE ACTION |
| This Document Related To:<br><br>   ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER** |

1      WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the
2 "Complaint") in this consolidated shareholder derivative action; and

3      WHEREAS, pursuant to the Court's April 17, 2008 order approving the parties' stipulated
4 pleading schedule, the individual defendants filed motions to dismiss the Complaint on May 2,
5 2008, and plaintiffs filed their oppositions to the motions to dismiss on June 2, 2008; and

6      WHEREAS, pursuant to the parties' stipulation, this Court entered an order on July 7,
7 2008 staying this action until October 7, 2008 so that the parties could continue their renewed
8 settlement discussions; and

9      WHEREAS, the Special Litigation Committee of Coherent's Board of Directors (the
10 "SLC") and plaintiffs have attended two mediation sessions with Justice Howard B. Weiner (Ret.)
11 and have scheduled a further mediation session with Justice Weiner on October 28, 2008; and

12     WHEREAS, the Parties want to focus their efforts on settlement and avoid unnecessary
13 litigation expenses and preserve judicial resources; and

14     WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval,
15 that the date for defendants to file their reply briefs in support of their motions to dismiss should
16 be continued until forty (40) days following the date of the further mediation session, in order to
17 allow the Parties to continue their good faith settlement discussions; and

18     WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial
19 efficiency, and will not cause prejudice to any party;

20     THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the
21 SLC, through their undersigned counsel, subject to approval of the Court, as follows:

22     1.   The existing stay in this action shall continue until October 7, 2008.

23     2.   The individual defendants' reply briefs in support of their motions to dismiss shall
24 be due on December 8, 2008, unless the parties advise the Court that a settlement has been
25 reached.  The parties will not seek or engage in any discovery proceedings prior to that date.  The
26 parties reserve their rights to seek an additional stay at any time, either jointly or separately.

27     3.   The Case Management Conference currently scheduled for November 7, 2008
28 should be rescheduled to a later date.

4.       By executing this Stipulation, the parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise.

IT IS SO STIPULATED.

Dated: September 25, 2008                                       /s/ Kathleen A. Herkenhoff

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: 925/945-0770
Fax: 925/945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
LEE RUDY
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610/667-7706
Fax: 610/667-7056

TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
Fax: 619/231-7423

Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| Dated: September 25, 2008 | | /s/ Michael C. Tu |

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
Fax: 415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
Fax: 213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc. and Nominal Defendant Coherent, Inc.

| | | |
|---|---|---|
| Dated: September 25, 2008 | | /s/ Norman J. Blears |

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650/324-7000
Fax: 650/324-0638

Counsel for Defendant Scott H. Miller

| | |
|---|---|
| Dated: September 25, 2008 | /s/ Michael R. Smith |

KING & SPALDING
MICHAEL R. SMITH
JUSTIN C. JEFFRIES
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone:  404/572-4600
Fax:  404/572-5100

- and –

TAYLOR & COMPANY LAW OFFICES, INC.
STEPHEN E. TAYLOR
JESSICA L. GRANT
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone:  415/788-8200
Fax:  415/788-8208

Counsel for Defendant Robert J. Quillinan

| | |
|---|---|
| Dated: September 25, 2008 | /s/ C. Brandon Wisoff |

FARELLA BRAUN & MARTEL, LLP
DOUGLAS R. YOUNG
C. BRANDON WISOFF
235 Montgomery Street, 7th Floor
San Francisco, CA  94104
Telephone:  415/954-4400
Fax:  415/954-4480

Counsel for Defendant Bernard Couillaud

| | |
|---|---|
| Dated: September 25, 2008 | /s/ Jeffrey M. Kaban |

COOLEY GODWARD KRONISH, LLP
WILLIAM S. FREEMAN
JEFFREY M. KABAN
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
Fax:  650/857-0663

Counsel for Defendant Henry E. Gauthier

| | |
|---|---|
| Dated:  September 25, 2008 | /s/ Caz Hashemi |

WILSON SONSINI GOODRICH & ROSATI
NINA F. LOCKER
CAZ HASHEMI
DIANE M. WALTERS
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
Fax:  650/493-6811

Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber and James L. Hobart

I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

/s/ Michael C. Tu
Michael C. Tu

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  A Case Management Conference is set for January 9, 2009 at 10:30 a.m.

Dated:  __9/26/08_____

**HON. JEREMY FOGEL**
**UNITED STATES DISTRICT COURT JUDGE**