UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE COHERENT, INC. SHAREHOLDER DERIVATIVE LITIGATION,

Case No. CV-07-955-JF

ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS

On May 29, 2007 the above entitled matter was consolidated with case numbers CV-07-1264-JF and CV-07-1265-JF. At that time, the Court deemed case number CV-07-955-JF the lead case. In light of the consolidation, the clerk shall administratively close the following cases: CV-07-1264-JF and CV-07-1265-JF.

IT IS SO ORDERED.

Dated: September 30, 2008

_____
JEREMY FOGEL
United States District Judge