MICHAEL D. TORPEY (STATE BAR NO. 79424)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759
Email:        mtorpey@orrick.com

MICHAEL C. TU (STATE BAR NO. 186793)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017-5855
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499
Email:        mtu@orrick.com

Attorneys for the Special Litigation Committee of Coherent, Inc.
and Nominal Defendant Coherent, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF <br><br> <u>DERIVATIVE ACTION</u> |
| This Document Related To: <br><br> ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER** |

1  WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the "Complaint") in this consolidated shareholder derivative action; and

WHEREAS, pursuant to the Court's April 17, 2008 order approving the parties' stipulated pleading schedule, the individual defendants filed motions to dismiss the Complaint on May 2, 2008, and plaintiffs filed their oppositions to the motions to dismiss on June 2, 2008; and

WHEREAS, pursuant to the Parties' stipulation, this Court entered an order on September 26, 2008 continuing the individual defendants' deadline to file their reply memoranda in support of their motions to dismiss to December 8, 2008 so that the parties could continue their renewed settlement discussions; and

WHEREAS, the Special Litigation Committee of Coherent's Board of Directors (the "SLC") and plaintiffs have now attended three mediation sessions with Justice Howard B. Weiner (Ret.) and remain engaged in ongoing settlement discussions with the assistance of Justice Weiner; and

WHEREAS, the Parties want to focus their efforts on settlement and avoid unnecessary litigation expenses and preserve judicial resources; and

WHEREAS, in light of the foregoing, the Parties have agreed, subject to Court approval, that the date for defendants to file their reply briefs in support of their motions to dismiss should be continued until January 5, 2009, in order to allow the Parties to continue their good faith settlement discussions; and

WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the SLC, through their undersigned counsel, subject to approval of the Court, as follows:

1.  The individual defendants' reply briefs in support of their motions to dismiss shall be due on January 5, 2009, unless the Parties advise the Court that a settlement has been reached. The Parties will not seek or engage in any discovery proceedings prior to that date. The Parties reserve their rights to seek an additional stay at any time, either jointly or separately.

1     2.      By executing this Stipulation, the Parties have not waived and expressly retain all claims, defenses and arguments whether procedural, substantive or otherwise.

IT IS SO STIPULATED.

Dated: December 2, 2008                                /s/ Nichole Browning

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0770
Fax: 925/945-8792

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
LEE D. RUDY
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423

Co-Lead Counsel for Plaintiffs

- 2 -

STIPULATION AND [PROPOSED] ORDER
C-07-0955-JF

| | |
|---|---|
| Dated: December 2, 2008 | /s/ Michael C. Tu |

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
Fax: 415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
Fax: 213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc. and Nominal Defendant Coherent, Inc.

| | |
|---|---|
| Dated: December 2, 2008 | /s/ Kristi Elder |

HOGAN & HARTSON LLP
NORMAN J. BLEARS
KRISTI ELDER
525 University Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: 650/463-4000
Fax: 650/463-4199

Counsel for Defendant Scott H. Miller

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 2, 2008 | /s/ Michael R. Smith |
| 3 | | KING & SPALDING<br>MICHAEL R. SMITH<br>JUSTIN C. JEFFRIES |
| 4 | | 1180 Peachtree Street, NE<br>Atlanta, GA  30309 |
| 5 | | Telephone:  404/572-4600<br>Fax:  404/572-5100 |
| 6 | | |
| 7 | | - and – |
| 8 | | TAYLOR & COMPANY LAW OFFICES, INC.<br>STEPHEN E. TAYLOR<br>JESSICA L. GRANT |
| 9 | | One Ferry Building, Suite 355<br>San Francisco, CA  94111 |
| 10 | | Telephone:  415/788-8200<br>Fax:  415/788-8208 |
| 11 | | |
| 12 | | Counsel for Defendant Robert J. Quillinan |
| 13 | Dated:  December 2, 2008 | /s/ C. Brandon Wisoff |
| 14 | | FARELLA BRAUN & MARTEL, LLP<br>DOUGLAS R. YOUNG |
| 15 | | C. BRANDON WISOFF |
| 16 | | 235 Montgomery Street, 7th Floor<br>San Francisco, CA  94104 |
| 17 | | Telephone: 415/954-4400<br>Fax:  415/954-4480 |
| 18 | | Counsel for Defendant Bernard Couillaud |
| 19 | | |
| 20 | Dated:  December 2, 2008 | /s/ Jeffrey M. Kaban |
| 21 | | COOLEY GODWARD KRONISH, LLP<br>WILLIAM S. FREEMAN |
| 22 | | JEFFREY M. KABAN<br>Five Palo Alto Square |
| 23 | | 3000 El Camino Real<br>Palo Alto, CA  94306 |
| 24 | | Telephone:  650/843-5000<br>Fax:  650/857-0663 |
| 25 | | Counsel for Defendant Henry E. Gauthier |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: December 2, 2008 | /s/ Caz Hashemi |

                                                WILSON SONSINI GOODRICH & ROSATI
                                                NINA F. LOCKER
                                                CAZ HASHEMI
                                                DIANE M. WALTERS
                                                650 Page Mill Road
                                                Palo Alto, CA  94304
                                                Telephone: 650/493-9300
                                                Fax:  650/493-6811

Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber and James L. Hobart

I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

                                                /s/ Michael C. Tu
                                                  Michael C. Tu

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  12/4/08

                                                **HON. JEREMY FOGEL**
                                                **UNITED STATES DISTRICT COURT JUDGE**