MICHAEL D. TORPEY (STATE BAR NO. 79424)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
Email:         mtorpey@orrick.com

MICHAEL C. TU (STATE BAR NO. 186793)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone:     (213) 629-2020
Facsimile:     (213) 612-2499
Email:         mtu@orrick.com

Attorneys for the Special Litigation Committee of Coherent, Inc.
and Nominal Defendant Coherent, Inc.

**\*\*E-Filed 1/5/09\*\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF |
| | DERIVATIVE ACTION |
| This Document Related To: | **STIPULATION AND [PROPOSED] ORDER** |
| ALL ACTIONS. | |

WHEREAS, on June 25, 2007, plaintiffs filed a consolidated amended complaint (the "Complaint") in this consolidated shareholder derivative action; and

WHEREAS, pursuant to the Court's April 17, 2008 order approving the parties' stipulated pleading schedule, the individual defendants filed motions to dismiss the Complaint on May 2, 2008, and plaintiffs filed their oppositions to the motions to dismiss on June 2, 2008; and

WHEREAS, pursuant to the parties' stipulation, this Court entered an order on December 10, 2008 continuing the individual defendants' deadline to file their reply memoranda in support of their motions to dismiss to January 5, 2009 so that the parties could continue their renewed settlement discussions; and

WHEREAS, the Special Litigation Committee of Coherent's Board of Directors (the "SLC") and plaintiffs have now attended three mediation sessions with Justice Howard B. Weiner (Ret.) and remain engaged in ongoing settlement discussions with the assistance of Justice Weiner; and

WHEREAS, the Parties want to focus their efforts on settlement and avoid unnecessary litigation expenses and preserve judicial resources; and

WHEREAS, in light of the foregoing, the parties have agreed, subject to Court approval, that the date for defendants to file their reply briefs in support of their motions to dismiss should be continued until January 12, 2009, in order to allow the Parties to continue their good faith settlement discussions; and

WHEREAS, the agreed upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the SLC, through their undersigned counsel, subject to approval of the Court, as follows:

1.      The individual defendants' reply briefs in support of their motions to dismiss shall be due on January 12, 2009, unless the parties advise the Court that a settlement has been reached.  The parties will not seek or engage in any discovery proceedings prior to that date.  The parties reserve their rights to seek an additional stay at any time, either jointly or separately.

1        2.      The Case Management Conference currently scheduled for January 9, 2009 should

2  be rescheduled to a later date.

3        3.      By executing this Stipulation, the parties have not waived and expressly retain all

4  claims, defenses and arguments whether procedural, substantive or otherwise.

5        IT IS SO STIPULATED.

6  Dated:  December 29, 2008                 /s/ Kathleen A. Herkenhoff

7                              BARROWAY TOPAZ KESSLER MELTZER &
CHECK LLP
8                              ALAN R. PLUTZIK
L. TIMOTHY FISHER
9                              NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
10                            Walnut Creek, CA  94598
Telephone:  925/945-0770
11                            Fax:  925/945-8792

12                              BARROWAY TOPAZ KESSLER MELTZER &
CHECK LLP
13                            LEE RUDY
280 King of Prussia Road
14                            Radnor, PA  19087
Telephone:  610/667-7706
15                            Fax:  610/667-7056

16                            TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
17                            BENNY C. GOODMAN III
MARY LYNNE CALKINS
18                            655 West Broadway, Suite 1900
San Diego, CA  92101
19                            Telephone:  619/231-1058
Fax:  619/231-7423
20

21                            Co-Lead Counsel for Plaintiffs

22

23

24

25

26

27

28

1

2    Dated:  December 29, 2008                          /s/ Michael C. Tu
                                          _____
3
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          MICHAEL D. TORPEY
                                          The Orrick Building
4                                         405 Howard Street
                                          San Francisco, CA  94105-2669
5                                         Telephone:  415/773-5700
                                          Fax:  415/773-5759
6
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
7                                         MICHAEL C. TU
                                          777 South Figueroa Street, Suite 3200
8                                         Los Angeles, CA  90017-5855
                                          Telephone:  213/629-2020
9                                         Fax:  213/612-2499

10                                        Counsel for the Special Litigation Committee of
                                          Coherent, Inc. and Nominal Defendant Coherent,
11                                        Inc.

12

13   Dated:  December 29, 2008                          /s/ Kristi Elder
                                          _____
14
                                          HOGAN & HARTSON LLP
15                                        NORMAN J. BLEARS
                                          KRISTI ELDER
                                          525 University Avenue, 2nd Floor
16                                        Palo Alto, CA  94301
                                          Telephone:  650/463-4000
17                                        Fax:  650/463-4199

18                                        Counsel for Defendant Scott H. Miller

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
C-07-0955-JF

1

Dated:  December 29, 2008                          /s/ Michael R. Smith

2
                                                   _____

3                                                  KING & SPALDING
                                                   MICHAEL R. SMITH
                                                   JUSTIN C. JEFFRIES
4                                                  1180 Peachtree Street, NE
                                                   Atlanta, GA  30309
5                                                  Telephone:  404/572-4600
                                                   Fax:  404/572-5100
6
                                                   - and –
7
                                                   TAYLOR & COMPANY LAW OFFICES, INC.
8                                                  STEPHEN E. TAYLOR
                                                   JESSICA L. GRANT
9                                                  One Ferry Building, Suite 355
                                                   San Francisco, CA  94111
10                                                 Telephone:  415/788-8200
                                                   Fax:  415/788-8208
11
                                                   Counsel for Defendant Robert J. Quillinan
12

13    Dated:  December 29, 2008                          /s/ C. Brandon Wisoff

14                                                 _____
                                                   FARELLA BRAUN & MARTEL, LLP
15                                                 DOUGLAS R. YOUNG
                                                   C. BRANDON WISOFF
16                                                 235 Montgomery Street, 7th Floor
                                                   San Francisco, CA  94104
17                                                 Telephone:  415/954-4400
                                                   Fax:  415/954-4480
18
                                                   Counsel for Defendant Bernard Couillaud
19

20    Dated:  December 29, 2008                          /s/ Jeffrey M. Kaban

                                                   _____
21                                                 COOLEY GODWARD KRONISH, LLP
                                                   WILLIAM S. FREEMAN
22                                                 JEFFREY M. KABAN
                                                   Five Palo Alto Square
23                                                 3000 El Camino Real
                                                   Palo Alto, CA  94306
24                                                 Telephone:  650/843-5000
                                                   Fax:  650/857-0663
25
                                                   Counsel for Defendant Henry E. Gauthier
26

27

28

- 4 -

1
2
Dated:  December 29, 2008                              /s/ Caz Hashemi

3                                                    WILSON SONSINI GOODRICH & ROSATI
                                                     NINA F. LOCKER
                                                     CAZ HASHEMI
4                                                    DIANE M. WALTERS
                                                     650 Page Mill Road
5                                                    Palo Alto, CA  94304
                                                     Telephone:  650/493-9300
6                                                    Fax:  650/493-6811

7                                                    Counsel for Individual Defendants Charles W.
                                                     Cantoni, Dennis C. Bucek, Garry W. Rogerson,
8                                                    Helene Simonet, John R. Ambroseo, John H. Hart,
                                                     Lawrence Tomlinson, Luis Spinelli, Paul L.
9                                                    Meissner, Ronald A. Victor, Sandeep Vij, Vittorio
                                                     Fossati-Bellani, Kevin McCarthy, James L. Taylor,
10                                                   Gerald C. Barker, Kevin P. Connors, Robert M.
                                                     Gelber and James L. Hobart
11

12           I, Michael C. Tu, am the ECF user whose ID and password are being used to file this
     Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with
13   General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

14                                                    /s/ Michael C. Tu
                                                       Michael C. Tu
15

16                                                   **ORDER**

17           Pursuant to the parties' stipulation, IT IS SO ORDERED.  [The Case Management

18   Conference is rescheduled to ___January 30___, 2009 at __10:30 am__]

19

20   Dated:  __1/5/09__

21                                                   _____
                                                        **HON. JEREMY FOGEL**
                                                     **UNITED STATES DISTRICT COURT JUDGE**
22
23
24
25
26
27
28

                                      - 5 -                   STIPULATION AND [PROPOSED] ORDER
                                                              C-07-0955-JF