**E-Filed 1/14/09**

MICHAEL D. TORPEY (STATE BAR NO. 79424)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     (415) 773-5700
Facsimile:       (415) 773-5759
Email:            mtorpey@orrick.com

MICHAEL C. TU (STATE BAR NO. 186793)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017-5855
Telephone:     (213) 629-2020
Facsimile:       (213) 612-2499
Email:            mtu@orrick.com

Attorneys for the Special Litigation Committee of Coherent, Inc.
and Nominal Defendant Coherent, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION<br><br>This Document Related To:<br><br>ALL ACTIONS. | Lead Case No. C-07-0955-JF<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** |

1   WHEREAS, on January 5, 2009, the Court approved the parties' Stipulation continuing
2   the date for defendants to file their reply briefs in support of their motions to dismiss; and
3   WHEREAS, in its January 5, 2009 Order the Court rescheduled the Case Management
4   Conference in this matter to January 30, 2009; and
5   WHEREAS, the parties remain engaged in good faith settlement discussions with the
6   assistance of the Honorable Howard B. Wiener (Ret.); and
7   WHEREAS, the lead partners who are counsel of record for the Coherent, Inc. Special
8   Litigation Committee ("SLC") in this matter have a previously scheduled annual partners meeting
9   in the New York area on January 30, 2009; and
10  WHEREAS, because of various scheduling conflicts among counsel, the next Friday for
11  which counsel for all parties is available is March 6, 2009; and
12  WHEREAS, counsel is mindful of the Court's calendar and respectfully requests that the
13  Case Management Conference be rescheduled to March 13, 2009; and
14  WHEREAS, counsel for all other parties have agreed to a continuance of the Case
15  Management Conference, the agreed upon schedule is not for the purpose of delay, and will not
16  cause prejudice to any party;
17  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the
18  SLC, through their undersigned counsel, subject to approval of the Court, that the Case
19  Management Conference currently scheduled for January 30, 2009 should be rescheduled to
20  March 13, 2009, or such other subsequent date as is convenient for the Court.
21  / /
22  / /

1       IT IS SO STIPULATED.

2   Dated: January 12, 2009                                      /s/ Kathleen A. Herkenhoff

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
NICHOLE BROWNING
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925/945-0770
Fax: 925/945-8792

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP
LEE RUDY
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619/231-7423

Co-Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 12, 2009 | /s/ Michael C. Tu |

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL D. TORPEY
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
Fax: 415/773-5759

ORRICK, HERRINGTON & SUTCLIFFE LLP
MICHAEL C. TU
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: 213/629-2020
Fax: 213/612-2499

Counsel for the Special Litigation Committee of Coherent, Inc. and Nominal Defendant Coherent, Inc.

Dated: January 12, 2009                                /s/ Kristi Elder

HOGAN & HARTSON LLP
NORMAN J. BLEARS
KRISTI ELDER
525 University Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone: 650/463-4000
Fax: 650/463-4199

Counsel for Defendant Scott H. Miller

| | |
|---|---|
| Dated:  January 12, 2009 | /s/ Michael R. Smith |

                                  KING & SPALDING
                                  MICHAEL R. SMITH
                                  JUSTIN C. JEFFRIES
                                  1180 Peachtree Street, NE
                                  Atlanta, GA  30309
                                  Telephone:  404/572-4600
                                  Fax:  404/572-5100

                                  - and –

                                  TAYLOR & COMPANY LAW OFFICES, INC.
                                  STEPHEN E. TAYLOR
                                  JESSICA L. GRANT
                                  One Ferry Building, Suite 355
                                  San Francisco, CA  94111
                                  Telephone:  415/788-8200
                                  Fax:  415/788-8208

                                  Counsel for Defendant Robert J. Quillinan

| | |
|---|---|
| Dated:  January 12, 2009 | /s/ C. Brandon Wisoff |

                                  FARELLA BRAUN & MARTEL, LLP
                                  DOUGLAS R. YOUNG
                                  C. BRANDON WISOFF
                                  235 Montgomery Street, 7th Floor
                                  San Francisco, CA  94104
                                  Telephone:  415/954-4400
                                  Fax:  415/954-4480

                                  Counsel for Defendant Bernard Couillaud

| | |
|---|---|
| Dated:  January 12, 2009 | /s/ Jeffrey M. Kaban |

                                  COOLEY GODWARD KRONISH, LLP
                                  WILLIAM S. FREEMAN
                                  JEFFREY M. KABAN
                                  Five Palo Alto Square
                                  3000 El Camino Real
                                  Palo Alto, CA  94306
                                  Telephone:  650/843-5000
                                  Fax:  650/857-0663

                                  Counsel for Defendant Henry E. Gauthier

Dated: January 12, 2009                              /s/ Diane M. Walters
                                                    _____
                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    NINA F. LOCKER
                                                    CAZ HASHEMI
                                                    DIANE M. WALTERS
                                                    650 Page Mill Road
                                                    Palo Alto, CA  94304
                                                    Telephone:  650/493-9300
                                                    Fax:  650/493-6811

                                                    Counsel for Individual Defendants Charles W. Cantoni, Dennis C. Bucek, Garry W. Rogerson, Helene Simonet, John R. Ambroseo, John H. Hart, Lawrence Tomlinson, Luis Spinelli, Paul L. Meissner, Ronald A. Victor, Sandeep Vij, Vittorio Fossati-Bellani, Kevin McCarthy, James L. Taylor, Gerald C. Barker, Kevin P. Connors, Robert M. Gelber and James L. Hobart

    I, Michael C. Tu, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

                                                    /s/ Michael C. Tu
                                                    _____
                                                    Michael C. Tu

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Case Management Conference is rescheduled to March 13, 2009 at 10:30 a.m.

Dated: 1/14/09
                                                    _____
                                                    **HON. JEREMY FOGEL**
                                                    **UNITED STATES DISTRICT COURT JUDGE**