**E-Filed 3/12/09**

1   MICHAEL D. TORPEY (STATE BAR NO. 79424)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
2   The Orrick Building
    405 Howard Street
3   San Francisco, California  94105-2669
    Telephone:     (415) 773-5700
4   Facsimile:     (415) 773-5759
    Email:         mtorpey@orrick.com
5
    MICHAEL C. TU (STATE BAR NO. 186793)
6   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
7   Los Angeles, California  90017-5855
    Telephone:     (213) 629-2020
8   Facsimile:     (213) 612-2499
    Email:         mtu@orrick.com
9
    Attorneys for the Special Litigation Committee of Coherent, Inc.
10  and Nominal Defendant Coherent, Inc.

11

12

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18  | In re COHERENT, INC. SHAREHOLDER DERIVATIVE ACTION | Lead Case No. C-07-0955-JF |
    |---|---|
    | | DERIVATIVE ACTION |
    | This Document Related To: | STIPULATION AND [PROPOSED] ORDER |
    | ALL ACTIONS. | |

1    WHEREAS, on January 14, 2009, the Court approved the parties' Stipulation scheduling

2  the Court's hearing on the defendants' motions to dismiss and the Case Management Conference

3  in this matter on March 13, 2009; and

4    WHEREAS, the parties remain engaged in active and good faith settlement discussions

5  with the assistance of the Honorable Howard B. Wiener (Ret.); and

6    WHEREAS, the parties are currently in negotiations regarding a settlement provision that

7  involves an insurance coverage issue that will require the involvement of the company's

8  insurance carrier, and believe that a continuance of one additional week will facilitate those

9  settlement discussions; and

10    WHEREAS, counsel for all parties have agreed to a continuance of the Court's hearing on

11  the defendants' motions to dismiss and the Case Management Conference, the agreed upon

12  schedule is not for the purpose of delay, and will not cause prejudice to any party;

13    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs, defendants and the

14  SLC, through their undersigned counsel, subject to approval of the Court, that the Court's hearing

15  on defendants' motions to dismiss and the Case Management Conference currently scheduled for

16  March 13, 2009 should be rescheduled to March 20, 2009, or such other subsequent date as is

17  convenient for the Court.

18  / /

19  / /

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
C-07-0955-JF

1    IT IS SO STIPULATED.

2    Dated:  March 11, 2009                          /s/ Kathleen A. Herkenhoff

3                                          BARROWAY TOPAZ KESSLER MELTZER &
                                          CHECK LLP
4                                          ALAN R. PLUTZIK
                                          L. TIMOTHY FISHER
5                                          NICHOLE BROWNING
                                          2125 Oak Grove Road, Suite 120
6                                          Walnut Creek, CA  94598
                                          Telephone:  925/945-0770
7                                          Fax:  925/945-8792

8                                          BARROWAY TOPAZ KESSLER MELTZER &
                                          CHECK LLP
9                                          LEE RUDY
                                          280 King of Prussia Road
10                                         Radnor, PA  19087
                                          Telephone:  610/667-7706
11                                         Fax:  610/667-7056

12                                         COUGHLIN STOIA GELLER RUDMAN &
                                          ROBBINS LLP
13                                         TRAVIS E. DOWNS III
                                          KATHLEEN A. HERKENHOFF
14                                         BENNY C. GOODMAN III
                                          MARY LYNNE CALKINS
15                                         655 West Broadway, Suite 1900
                                          San Diego, CA  92101
16                                         Telephone:  619/231-1058
                                          Fax:  619/231-7423
17
                                          Co-Lead Counsel for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

2
Dated:  March 11, 2009                                         /s/ Michael C. Tu
                                          _____

3                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          MICHAEL D. TORPEY
                                          The Orrick Building
4                                         405 Howard Street
                                          San Francisco, CA  94105-2669
5                                         Telephone:  415/773-5700
                                          Fax:  415/773-5759
6
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
7                                         MICHAEL C. TU
                                          777 South Figueroa Street, Suite 3200
8                                         Los Angeles, CA  90017-5855
                                          Telephone:  213/629-2020
9                                         Fax:  213/612-2499

10                                        Counsel for the Special Litigation Committee of
                                          Coherent, Inc. and Nominal Defendant Coherent,
11                                        Inc.

12

13
Dated:  March 11, 2009                                         /s/ Robin Wechkin
                                          _____

14                                        HOGAN & HARTSON LLP
                                          NORMAN J. BLEARS
15                                        ROBIN WECHKIN
                                          525 University Avenue, 2nd Floor
16                                        Palo Alto, CA  94301
                                          Telephone:  650/463-4000
17                                        Fax:  650/463-4199

18                                        Counsel for Defendant Scott H. Miller

19

20

21

22

23

24

25

26

27

28

- 3 -

1

2
Dated:  March 11, 2009                                   /s/ Michael R. Smith

3                                                    KING & SPALDING
                                                     MICHAEL R. SMITH
                                                     GEOFF EZGAR
4                                                    JUSTIN C. JEFFRIES
                                                     1180 Peachtree Street, NE
5                                                    Atlanta, GA  30309
                                                     Telephone:  404/572-4600
6                                                    Fax:  404/572-5100

7                                                    - and –

8                                                    TAYLOR & COMPANY LAW OFFICES, INC.
                                                     STEPHEN E. TAYLOR
9                                                    JESSICA L. GRANT
                                                     One Ferry Building, Suite 355
10                                                   San Francisco, CA  94111
                                                     Telephone:  415/788-8200
11                                                   Fax:  415/788-8208

12                                                   Counsel for Defendant Robert J. Quillinan

13
Dated:  March 11, 2009                                   /s/ C. Brandon Wisoff
14
                                                     FARELLA BRAUN & MARTEL, LLP
15                                                   DOUGLAS R. YOUNG
                                                     C. BRANDON WISOFF
16                                                   235 Montgomery Street, 7th Floor
                                                     San Francisco, CA  94104
17                                                   Telephone:  415/954-4400
                                                     Fax:  415/954-4480
18
                                                     Counsel for Defendant Bernard Couillaud
19

20
Dated: March 11, 2009                                    /s/ Jeffrey M. Kaban

21                                                   COOLEY GODWARD KRONISH, LLP
                                                     WILLIAM S. FREEMAN
22                                                   JEFFREY M. KABAN
                                                     Five Palo Alto Square
23                                                   3000 El Camino Real
                                                     Palo Alto, CA  94306
24                                                   Telephone:  650/843-5000
                                                     Fax:  650/857-0663
25
                                                     Counsel for Defendant Henry E. Gauthier
26

27

28

- 4 -                                STIPULATION AND [PROPOSED] ORDER
                                                                      C-07-0955-JF

1

2
Dated: March 11, 2009                                    /s/ Diane M. Walters

3
                                              WILSON SONSINI GOODRICH & ROSATI
                                              NINA F. LOCKER
                                              CAZ HASHEMI

4
                                              DIANE M. WALTERS
                                              650 Page Mill Road

5
                                              Palo Alto, CA  94304
                                              Telephone:  650/493-9300

6
                                              Fax:  650/493-6811

7
                                              Counsel for Individual Defendants Charles W.
                                              Cantoni, Dennis C. Bucek, Garry W. Rogerson,

8
                                              Helene Simonet, John R. Ambroseo, John H. Hart,
                                              Lawrence Tomlinson, Luis Spinelli, Paul L.

9
                                              Meissner, Ronald A. Victor, Sandeep Vij, Vittorio
                                              Fossati-Bellani, Kevin McCarthy, James L. Taylor,

10
                                              Gerald C. Barker, Kevin P. Connors, Robert M.
                                              Gelber and James L. Hobart

11

12
        I, Michael C. Tu, am the ECF user whose ID and password are being used to file this
Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with

13
General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

14
                                                    /s/ Michael C. Tu

15
                                                    Michael C. Tu

16
                                      **ORDER**

17
        Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Court's hearing on

18
defendants' motions to dismiss and the Case Management Conference is rescheduled to March
23          9:00

19
20, 2009 at ~~10:30~~ a.m.

20

21
Dated:      3/12/09                        _____

22
                                           HON. JEREMY FOGEL
                                           **UNITED STATES DISTRICT COURT JUDGE**

23

24

25

26

27

28

                                      - 5 -